1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12

RORY L.,

          Plaintiff,

    v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

          Defendant.

Case No. ED CV 20-1554 JGB (MRW)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

13
14
15
16
17
18
19
20

     Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected, and the government's response.  (Docket # 28, 29.)  The Court accepts the findings and recommendation of the Magistrate Judge.

21
22
23
24
25
26
27
28

1

IT IS ORDERED that Judgment be entered in favor of Defendant.

2

3

4   DATE:  August 3, 2022

5   HON. JESUS G. BERNAL
    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28